# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 15, 2022

Bridget M. McCormack,
Chief Justice

164507 & (23)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SHANE ANDERS,
          Plaintiff-Appellant,

v

                                      SC: 164507
                                        COA: 361694
                                        Wayne CC: 22-006230-AW

WAYNE COUNTY CLERK,
          Defendant-Appellee,

and

ADAM HOLLIER,
          Intervening Defendant-Appellee.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is treated as an application for leave to appeal the June 9, 2022 order of the Court of Appeals. The application is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 15, 2022

a0615



Clerk